BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
EZEKIEL D. CARDER, Bar No. 206537
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FERMIN SIERRA CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. 12-CV-2628 MMC<br><br>ORDER RE:<br><br>**NOTICE OF SETTLEMENT, REQUEST TO STAY PROCEEDINGS, AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** ;<br><br>DIRECTIONS TO PLAINTIFFS |

Plaintiffs, by and through their counsel of record, hereby notify the Court that Plaintiffs and Defendant have reached a settlement in the above-captioned case.  The parties are in the process of finalizing the settlement documents and anticipate that a dismissal will be filed within the next thirty (30) days.  Plaintiffs respectfully request that the Court stay this matter to allow the parties to formalize their settlement.  Additionally, Plaintiffs respectfully request that the Case

1 Management Conference currently scheduled for February 28, 2014 at 10:30 a.m. be taken off the
2 Court's calendar.

3 Dated: February 19, 2014                    WEINBERG, ROGER & ROSENFELD
                                              A Professional Corporation
4

5

6                                             /s/ Ezekiel Carder
                                        By:   EZEKIEL D. CARDER
7                                             Attorneys for Plaintiffs

  130808/753455
8

## ORDER

Good cause appearing, IT IS SO ORDERED.

IT IS FURTHER ORDERED that plaintiffs, no later than March 28, 2014, shall file a Status Report, in the event a notice of dismissal has not been filed by said date.

Dated:   February 21, 2014

_____
United States District Judge

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF SETTLEMENT, REQUEST TO STAY PROCEEDINGS, AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
CASE NO. 12-CV-2628 MMC