IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacity as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FERMIN SIERRA CONSTRUCTION, INC., a California Corporation.<br><br>Defendant. | No. C-12-2628 MMC<br><br>**ORDER RE: NOTICE OF DISMISSAL; DIRECTIONS TO PLAINTIFFS** |

Before the Court is plaintiffs' "Notice of Dismissal and Request to Retain Jurisdiction," filed February 25, 2014.

In said filing, plaintiffs state that the above-titled action is subject to dismissal without prejudice, in light of a settlement agreement, and request the Court "maintain jurisdiction over this case until April 30, 2015 to interpret and enforce the settlement agreement." (See Notice at 2:9-10.) Plaintiffs, however, have not submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purposes proposed.

//

//

Accordingly, plaintiffs are hereby DIRECTED to submit, no later than March 14, 2014, a copy of the settlement agreement, or, in the alternative, a revised notice of dismissal without a request for the retention of jurisdiction.

**IT IS SO ORDERED.**

Dated: February 27, 2014

MAXINE M. CHESNEY
United States District Judge